## STATE OF CONNECTICUT *v.* TERRY PORTEE

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 544 (AC 18432), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided January 19, 2000

## JOHN CZUJAK *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 789 (AC 18534), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*George C. Springer, Jr.,* in support of the petition.

*Frank A. May,* in opposition.

Decided January 19, 2000

## STATE OF CONNECTICUT *v.* ALBERT J. GREEN

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 706 (AC 18704), is denied.

*Jeremiah Donovan,* in support of the petition.

Decided January 19, 2000